Mark I. Schlesinger, Esq.
TROUTMAN SANDERS LLP
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Tel: (973) 645-0772
Fax: (973) 645-1190
mark.schlesinger@troutmansanders.com
*Counsel for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSEMARIE SHEEHAN and JAMES SHEEHAN, III, Individually and as class representative on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., GMAC MORTGAGE CORPORATION, GMAC BANK, and GMAC MORTGAGE, LLC, <br><br> Defendants. | Case No. 1:10-cv-06837-RBK-KMW <br><br> **STIPULATION AND ORDER TO DISMISS** |

Upon the agreement and stipulation of the parties, Plaintiffs Rosemarie Sheehan and James Sheehan, by counsel, and Defendants Mortgage Electronic Registration Systems, Inc., GMAC Mortgage LLC f/k/a GMAC Mortgage Corporation, and Ally Bank f/k/a GMAC Bank, by counsel, the matters at issue between them in the present action, which concern the claims set forth in Plaintiffs' Amended Complaint, have been compromised, agreed, and settled.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Amended Complaint and the claims set forth therein be **DISMISSED** with prejudice, and that this matter be removed from the docket of the Court.

The Clerk is directed to send copies of this Order to all counsel of record.

429680v1

- 1 -

IT IS SO ORDERED.

Entered this __8th__ day of ~~January~~ February, 2012.

_____

WE ASK FOR THIS:

| | |
|---|---|
| /s/ Lewis G. Adler | /s/ Mark I. Schlesinger |
| Lewis G. Adler, Esq. | Mark I. Schlesinger |
| Counsel for Plaintiff | Counsel for Defendants |
| 26 Newton Avenue | Troutman Sanders LLP |
| Woodbury, NJ 08096 | One Gateway Center, Suite 2600 |
| Telephone: (856) 906-5877 | Newark, New Jersey 07102 |
| Facsimile: (856) 848-9504 | Telephone: (973) 645-0772 |
| Email: lewisadler@verizon.net | mark.schlesinger@troutmansanders.com |